# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
Thomas Davidson vs.
Patricia Schneider; Conditioned Ocular Enhancement, Inc.;
Drive Performance Corp., formerly Fasttrack Baseball Corp.
Inc., National Baseball and Softball Academy Inc., D/B/A/ Itrac
Vision Training; and Drive Performance LLC

Case Number: 10-cv-2101

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Thomas Davidson

NAME (Type or print)
John P. Luther

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ John P. Luther

FIRM    Ladas & Parry LLP

STREET ADDRESS  224 South Michigan Avenue

CITY/STATE/ZIP  Chicago, IL 60604

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER  312-427-1300 |
|---|---|

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL            APPOINTED COUNSEL